Case 6:24-cv-00006-ADA   Document 1   Filed 01/04/24   Page 1 of 4

**FILED**
January 04, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
       DEPUTY

**6:24-CV-6**

To whom this may concern I Edrick Holcombe am seeking immediate help from higher officials if this matter is not in the right place please forward it to where it needs to be my civil rights and disability rights are being violated I'm 100% visually impaired, deaf in left ear and also have an active brain tumor. First off I have been put in a 30 man dorm/mental health tank to take care of myself next I was charged with over 4 grams under 200 grams 3yrs ago I fired my attorney on (November 16th 2023) and was put on docket call (November 17th 2023) with the same attorney I previously fired and was given a 5yr sentence for over 1gram under 4grams after the judge said take the (s) off of grams in a previous court hearing before the (November 17th) hearing 2023. I was not aloud to notify anyone (family) of my court hearing or prepare myself for the hearing I was just ran into court and handed down a 5yr sentence TDCJ with the same attorney I fired the day before. A week after that I was given an appeal with the same attorney I fired whom was not an certified appeal attorney who after the fact dismissed himself from my case.

On November 27th 2023 I had a slip and fall due to poor maintnance in BID dorm where I'm currently housed. I also filed a petition which is enclosed with this letter I am currently filling out a Monutary Relief for this incident. Due to my medical condition parole was supposed to be interviewing me in the county and possibly paroling me out from the county but since Bell County has been informed of the monutary Relief and noticed the petition I am no longer up for appeal and now is TDCJ ready. I was intially on a 250,000 bond for 1gram I got a bond redution for 75,000 appeal bond knowing I'm disable and can't afford a bond at that price due to the Monutary Relief they will not appoint me an appeal attorney which is against the law. Bell county is also making statement that I've already been sentenced to 5yrs I need to just sit back and do my time. I've been sending mail home over the last couple of weeks that my family has not recieved and also to the local newspaper that has not been recieved either which tells me they are stepping my mail from the sources and people Im reaching out to.

I have also heard guards saying they don't want to release me due to the Monutary Relief afraid of actions that might be taken. I'm someone's father, husband, and child I'm currently incarcerated at Bell County Jail in Pod B1D I am also a Citizen of the United States I'm asking for your patience and time and this letter be placed in the right hands.

Thanks in advance
Happy Holidays

Bell County Law Enforcement Center
113 West Central
Belton, Texas 76513
Name: Edrick Holcombe
Housing Unit: B1D

Legal Mail

US POSTAGE PITNEY BOWES
ZIP 76513 $ 000.63
02 4W
0000390608 JAN 02 2024

RECEIVED

JAN 0 4 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
              DEPUTY CLERK

Supreme Court
800 Franklin Ave. Suite 304
Waco, Tx. 76701