# United States Court of Appeals
# for the Fifth Circuit

No. 24-50463

United States Court of Appeals
Fifth Circuit
**FILED**
October 28, 2024
Lyle W. Cayce
Clerk

Edrick Holcombe,

*Plaintiff—Appellant*,

versus

Bell County; Bell County Jail,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:24-CV-6

_____

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of October 28, 2024, for want of prosecution. The appellant failed to timely file appellant's brief.

**A True Copy**
**Certified order issued Oct 28, 2024**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 24-50463

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Christina A. Gardner, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

2

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 28, 2024

Mr. Philip Devlin
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 24-50463   Holcombe v. Bell County
                        USDC No. 6:24-CV-6

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Christina A. Gardner, Deputy Clerk
                      504-310-7684

cc w/encl:
    Mr. Edrick Holcombe